IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRANDI JAMES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   NO.: 05-1219-T-An |
| | ) |
| SCOOTERS RESTAURANT AND | ) |
| DAIRY BAR, INC., et al., | ) |
| | ) |
| Defendants, | ) |

## ORDER

Pursuant to the Order of Reference entered by United States District Judge James D. Todd on November 3, 2005, this matter was referred to the Magistrate Judge for a hearing and a report and recommendation on damages.

**IT IS THEREFORE ORDERED** that a hearing on the issue of damages be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, DECEMBER 6, 2005 at 10:30 A.M.** in Magistrate Judge Courtroom, 4th Floor, United States Courthouse, Jackson, Tennessee. At least **five days prior to the hearing**, Plaintiffs shall submit a Memorandum of Facts and Law to the Court setting forth the damages they claim to be entitled.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 14, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on    11-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01219 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT